UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARRANZA,<br><br>                Petitioner,<br><br>                v.<br><br>RICK HILL, Warden,<br><br>                Respondent. | Case No. 2:19-00037 CAS (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Summarily Dismissing Second or Successive Federal Habeas Petition and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: March 29, 2019                      /s/ Autumn D. Spaeth
                                                             HONORABLE AUTUMN D. SPAETH
                                                              United States District Judge